FILED
AUG 22 2011
CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY _____ DEPUTY

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>            Plaintiff,<br>v.<br><br>JORGE ALBERTO MARTINEZ-GARCIA,<br><br>            Defendant. | Criminal Case No.: 11CR2563-MMA<br><br>ORDER FINDING DEFENDANT NOT COMPETENT TO STAND TRIAL AND COMMITTING DEFENDANT FOR TREATMENT PURSUANT TO 18 U.S.C. § 4241(d) |

     On 8/18/2011, at 2:00 PM this above matter was set to determine the mental competency of defendant, pursuant to Title 18, United States Code, section 4241(d). At that time, the Court received in evidence, to be filed under seal, the Mental Competency Evaluation of Dr. Alicia Gilbert, dated 8/15/2011. After considering the evidence, and the comments of counsel, the Court finds by a preponderance of the evidence that JORGE ALBERTO MARTINEZ-GARCIA is presently suffering from a mental disease or defect rendering him mentally incompetent to the extent that he is unable to understand the nature and consequences of the proceedings against him or to assist properly in his defense. Accordingly,

     IT IS ORDERED that defendant be committed to the custody of the Attorney General. The Attorney General shall hospitalize the defendant for treatment in a suitable facility and in order to provide him training, to ensure his competency to stand trial, and to also help clarify his diagnostic picture.

1   Pursuant to 18 U.S.C. § 3161(h)(1)(A), the Court orders this period of time be deemed
2   excludable under the provisions of Fed. Rule CR. P. 5 and the Speedy Trial Act, 18 U.S.C. § 3161 et.
3   seq., and that the pending preliminary examination be deferred without prejudice to the parties until the
4   matter of competency is confirmed in this case.

5   IT IS FURTHER ORDERED that counsel appear for a Status Conference *on 12/13/2011 at 2:00*
6   *pm* in Courtroom H to confer on the treatment process, the probability that in the foreseeable future,
7   Defendant would attain the capacity to permit the trial to proceed, whether additional reasonable time
8   periods are necessary to allow defendant's mental condition to improve to the point the trial may
9   proceed, and to review the appropriateness of transfer of the defendant for the Preliminary Hearing.
10  Defendant's presence is hereby waived at the 12/13/2011 Status Conference.

11  IT IS FURTHER ORDERED that the Attorney General, to the extent practicable, provide a
12  report on defendant's status by 12/12/2011 to the Court and Counsel for a hearing to allow for a review
13  of the defendant's mental status, as aforesaid.

14  IT IS FURTHER ORDERED that counsel appear for a second Status Conference *on 12/20/2011*
15  *at 2:00 pm* in Courtroom H. Defendant's presence, or waiver of presence at this hearing will be
16  determined at the 12/13/2011 Status Conference.

17  IT IS SO ORDERED.

19  Dated: 8/22/11

LOUISA S PORTER
United States Magistrate Judge

cc: All Counsel of Record