UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　　　　Plaintiff,<br><br>vs.<br><br>JORGE ALBERTO MARTINEZ-GARCIA,<br><br>　　　　　　　　Defendant. | CASE NO. 11CR2563-MMA<br><br>BY: _____ von<br><br>**JUDGMENT OF DISMISSAL** |

　　　　IT APPEARING that the defendant is now entitled to be discharged for the reason that:

____　an indictment has been filed in another case against the defendant and the Court has granted the motion of the Government for dismissal of this case, without prejudice; or

____　the Court has dismissed the case for unnecessary delay; or

_X__　the Court has granted the motion of the Government for dismissal, without prejudice; or

____　the Court has granted the motion of the defendant for a judgment of acquittal; or

____　a jury has been waived, and the Court has found the defendant not guilty; or

____　the jury has returned its verdict, finding the defendant not guilty;

____　of the offense(s) as charged in the Indictment/Information:

_____

　　　　IT IS THEREFORE ADJUDGED that the defendant is hereby discharged.

DATED: 5/29/2012

　　　　　　　　　　　　　　　　Michael M. Anello
　　　　　　　　　　　　　　　　U.S. District Judge